ANDREA E. CELLI
CHAPTER 13 STANDING TRUSTEE
7 SOUTHWOODS BOULEVARD
ALBANY, NY  12211


November 30, 2009


KEVIN PHILLIPS
13 CHURCH ST
HAGAMAN, NY

12086


RE: 07-60973


Dear Mr./Mrs. PHILLIPS

       Congratulations!  After a review of our records, we have
determined that you have made all of the required payments under
your Chapter 13 plan.  I am sure that making these payments has not
been easy.  You should be proud of your accomplishment.

       Please do not send any further payment to my office.  While my
office considers your plan "completed", <u>your case is still an open
case with the United States Bankruptcy Court.</u>  The Court will not
close your case until I file a Final Report.  By law, I cannot file
a Final Report until I have made the final disbursement to your
creditors and all of my checks have cleared our bank account.
Sometimes creditors do not cash or deposit my checks immediately.
Since I am required to allow them up to 90 days (three months) to do
so, it may be that long before I can file a Final Report for your
case.

       Once again, congratulations on completing the payments required
under your plan.  By copy of this letter, I am advising your attorney
that your payments have been completed.

Very truly yours,

Andrea E. Celli
Chapter 13 Standing Trustee

ANDREA E. CELLI
CHAPTER 13 STANDING TRUSTEE
7 SOUTHWOODS BOULEVARD
ALBANY, NY  12211


November 30, 2009


KEVIN PHILLIPS
13 CHURCH ST
HAGAMAN, NY

12086


RE: 07-60973


Dear Mr./Mrs. PHILLIPS

        Congratulations!  After a review of our records, we have
determined that you have made all of the required payments under
your Chapter 13 plan.  I am sure that making these payments has not
been easy.  You should be proud of your accomplishment.

        Please do not send any further payment to my office.  While my
office considers your plan "completed", <u>your case is still an open
case with the United States Bankruptcy Court.</u>  The Court will not
close your case until I file a Final Report.  By law, I cannot file
a Final Report until I have made the final disbursement to your
creditors and all of my checks have cleared our bank account.
Sometimes creditors do not cash or deposit my checks immediately.
Since I am required to allow them up to 90 days (three months) to do
so, it may be that long before I can file a Final Report for your
case.

        Once again, congratulations on completing the payments required
under your plan.  By copy of this letter, I am advising your attorney
that your payments have been completed.

Very truly yours,

Andrea E. Celli
Chapter 13 Standing Trustee