# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, New York 12211

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.** | Telephone: (518) 449-2043 | For payments Only: |
| Trustee | Facsimile: (518) 449-2473 | P.O Box 1918 |
| **Bonnie Baker, Esq.** | | Memphis, TN 38101-1918 |
| Assoc. Attorney | | |

January 14, 2010

Lori – Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

Re:   07-60973          Kevin Phillips

**RECEIVED**
JAN 1 5 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

To Whom It May Concern:

Enclosed please find check #**920022** in the amount of **$194.00** representing an overpayment by the debtors in this case and have attempted to distribute funds. The debtors have failed to cash checks. All attempts to contact and forward checks have been unsuccessful.

Claim No.          Debtor refund

Account#

Creditor          Kevin Phillips
                  13 Church Street
                  Hagaman, NY 12086

**FILED**
JAN 1 5 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Very truly yours,

/s/Cheryl Corning
Cheryl Corning
Office of Andrea Celli

*Receipt # 6100014*